UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/14/2020

UNITED STATES OF AMERICA

-against-

CARLOS PARRALES,

                      Defendant.

**ORDER**

19 Cr. 663-2 (ER)

Ramos, D.J.:

      Retained counsel in this case, **Howard Greenberg**, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to CJA attorney **Zachary Margulis-Ohnuma**, NUNC-PRO-TUNC **July 7, 2020**.

SO ORDERED.

Dated: New York, New York
       July 14, 2020

                                                        Edgardo Ramos, U.S.D.J.