**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

**MEMO ENDORSED**

<u>VIA ECF</u>
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

> A status conference is scheduled for April 14, 2022 at 10:30 AM at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007 in Courtroom 619. Speedy trial time is excluded from until April 14, 2022, in the interest of justice.
>
> SO ORDERED.   _[signature]_
> Edgardo Ramos, U.S.D.J
> Dated: 03/10/2022
> New York, New York

RE:   *United States v. Carlos Parrales*
      <u>1:19-CR-00663-ER</u>

Honorable Ramos;

    I, Dawn M. Florio, attorney at law, represent Carlos Parrales on the above case matter that was dated for March 8, 2022 @ 12pm.

    I am currently on trial on People v. Jamel Fielder in front of Hon. Bushing in the Bronx, so I was not able to appear in person. I am requesting this case be adjourned for at least 30 days for another in person appearance before your Honor. I have spoken to AUSA Nicholas Chiuchiolo and he has consented to this adjournment for 30 days. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

    Sincerely,

    Dawn M. Florio

    Dawn M. Florio, Esq.
    *Attorney for Carlos Parrales*

CC:   All Counsel